## ELMORE *v.* ELMORE.

GEORGE, J. Under the evidence in the record it does not appear that the court abused his discretion in awarding the temporary alimony and counsel fees allowed in the present case.

*Judgment affirmed. All the Justices concur.*

No. 1405.   OCTOBER 15, 1919.

Temporary alimony, etc.   Before Judge Sheppard.   Evans superior court.   February 15, 1919.

*C. G. Edwards, P. M. Anderson,* and *E. C. Elmore,* for plaintiff in error.   *George S. Cargill* and *Edwin A. Cohen,* contra.